07 CV 6073

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bayerische Hypo-Und Vereinsbank AG, New York Branch,
**Plaintiff**

-v-

Wachovia Bank, N.A. f/k/a First Union National Bank, as Trustee of Heilig-Meyers Master Trust,
**Defendant**

Case No.  07 CV 6073(JGK) - ECF CASE

**Rule 7.1 Statement**

JUN 27 2007

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Wachovia Bank, N.A._ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Wachovia Corporation

Wachovia Preferred Funding Corp.

**Date:** 6/27/07

Signature of Attorney

**Attorney Bar Code:** 589387

Form Rule7_1.pdf