UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BAYERISCHE HYPO-UND VEREINSBANK AG, :
NEW YORK BRANCH                                   :
                                                  :
            Plaintiff,                            :   Index No.  07 CV 6073(JGK)
                                                  :
     -against-                                    :
                                                  :
WACHOVIA BANK, N.A., f/k/a/ FIRST UNION           :   **AFFIDAVIT OF SERVICE**
NATIONAL BANK, as Trustee of HEILIG-              :
MYERS MASTER TRUST,                               :
                                                  :
            Defendant.                            :
----------------------------------------------------------------x

#Document2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                     : ss.
COUNTY OF NEW YORK )

      Sheldon Koat, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 27th day of June, 2007, he served, by hand, true copies of the Notice of Filing of Notice of Removal and Rule 7.1 Statement upon Mark J. Hyland, Esq. at Seward & Kissel, LLP, One Battery Park Plaza, New York, New York 10004.

      In addition, on the 27th day of June, 2007, he filed the Notice of Filing of Notice of Removal at the New York County Clerk's Office located at 60 Centre Street, New York, New York 10007.

*/s/ Sheldon Koat*

Sworn to before me this
27th day of June, 2007.

*/s/ Ralph Desrosiers*
Notary Public

RALPH DESROSIERS
Notary Public, State of New York
No. 01DO6104024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Jan. 12, 2008