Koeltl, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAYERISCHE HYPO- UND VEREINSBANK AG,
NEW YORK BRANCH,

                              Plaintiff,

-against-

WACHOVIA BANK, N.A., f/k/a FIRST UNION
NATIONAL BANK, as Trustee of HEILIG-MEYERS
MASTER TRUST,

                              Defendant.

No. 07 Civ. 6073 (JGK)

Stipulation
Extending Time

---

IT IS HEREBY STIPULATED AND AGREED that the time for Defendant Wachovia Bank, N.A., to answer, move or otherwise respond to the Complaint in this matter be and hereby is extended from July 9, 2007 to and including August 8, 2007. This is the first such adjournment. There is no scheduling order in the matter.

Dated: June 28, 2007

                                                       SEWARD & KISSEL LLP

                                                       By: /s/ Mark J. Hyland
                                                       Mark J. Hyland (MH 5872)
                                                       Jeffrey M. Dine (JD 0545)
                                                       One Battery Park Plaza
                                                       New York, New York 10004
                                                       *Attorneys for Plaintiff Bayerische Hypo- und*
                                                       *Vereinsbank, AG, New York Branch*

SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL &
JERNIGAN, L.L.P.

By: _____
James M. Parrott, V (JP 5297)
2500 Wachovia Capitol Center
P.O. Box 2611
Raleigh, NC 27602-2611
*Attorneys for Defendant Wachovia Bank, N.A*

SO ORDERED

_____
U.S.D.J.     6/6/07

SK 03161 0002 786531