UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYERISCHE HYPO-UND VEREINSBANK AG, NEW YORK BRANCH,<br><br>                         Plaintiff,<br><br>-against-<br><br>WACHOVIA BANK, N.A., f/k/a FIRST UNION NATIONAL BANK, as Trustee of HEILIG-MEYERS MASTER TRUST,<br><br>                         Defendant. | No. 07 Civ. 6073 (JGK)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

        IT IS HEREBY STIPULATED AND AGREED that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed without prejudice and without costs to any party.

New York, New York
August 1, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/07

SEWARD & KISSEL, LLP

By: _____
Mark J. Hyland (MH 5872)
Jeffrey M. Dine (JD 0545)
One Battery Park Plaza
New York, New York 10004
(212) 574-1200
Attorneys For Plaintiff

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP

By: _____ /by DHT
James M. Parrott, V (JP 5297)
2500 Wachovia Capitol Center
P.O. Box 2611
Raleigh, NC 27602-2611
(919) 821-1220
Attorneys for Defendant

SK 03161 0002 796555 v4

So Ordered.
_____
8/1/07
U.S.D.J.